# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>)<br>Apple iPhone, model A1687, FCC ID: BCB-E2944A )<br>("SUBJECT TELEPHONE") )<br>) | Case No.   19-SW-00115-LMC |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Missouri
*(identify the person or describe the property to be searched and give its location)*:

Apple iPhone, model A1687, FCC ID: BCB-E2944A , ("SUBJECT TELEPHONE"), presently stored with the Federal Bureau of Investigation, Evidence Control Unit at 1300 Summit Street, Kansas City, Missouri. (See Attachment A)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

All electronically stored information more specifically set out in Attachment B, attached hereto and incorporated by reference, which is contraband, instrumentalities, and evidence concerning violations of 18 U.S.C. §§ 2423, 2421, and 2422.

**YOU ARE COMMANDED** to execute this warrant on or before     April 19, 2019     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hononrable Lajuana M. Counts     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     04/05/2019 3:32 pm          *Lajuana M. Counts*
                                                                                   *Judge's signature*

City and state:     Kansas City, Missouri          Hon. Lajuana M. Counts, United States Magistrate Judge
                                                                                   *Printed name and title*

| Return |||
|---|---|---|
| Case No.:<br>19-SW-00115-LMC | Date and time warrant executed:<br>4/9/19 1:17 pm | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A |||

Inventory of the property taken and name of any person(s) seized:

Apple iPhone 6S submitted to Regional Forensic Laboratory (RCFL) for full extraction of cellular device.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/15/2019

Executing officer's signature

Amy L. Ramsey
Printed name and title